EXHIBITS

# EXHIBIT "A"

Case 1:13-cv-24320-CMA   Document 1-1   Entered on FLSD Docket 11/27/2013   Page 3 of 38

11/15/13                    School's Alumni Stand Out on Miami Herald's 2011 "20 Under 40 Emerging Leaders" List : University of Miami School of Business

# Welcome to the University of Miami School of Business

Home > News and Media > Recent News > 20 Under 40

## School's Alumni Stand Out on Miami Herald's 2011 "20 Under 40 Emerging Leaders" List

May 09, 2011

The School of Business is well represented on *The Miami Herald's* 2011 **"20 Under 40 Emerging Leaders"** list, which was announced May 9. This list of top South Florida emerging leaders, which was determined after an evaluation of more than 300 nominations submitted to the *Herald*, includes five alumni of the School of Business and three alumni from other UM schools.

The School of Business alumni include Susan Wills Amat (BLA '01, MBA '04, PhD '08), a management lecturer at the School and executive



**Alumna and honoree Michelle Villalobos (left) with Interim Dean Sevilla-Sacasa and the two other School of Business alumni that were honored Susan Wills Amat and Josh Yelen.**

director of The Launch Pad; Nelson Fonseca (MBA '03), chief operating officer at Terremark; José Mas (BBA '92, MBA '94), CEO of MasTec; Michelle Villalobos (MBA '04), founder of Mivista Consulting; and Josh Yelen (MBA '06), vice chairman for administration in the Department of Pathology at UM's Miller School of Medicine.

The winners were announced and profiled in the *Herald's* Business Monday section. They will be honored with a reception this evening at the School of Business, which sponsored the 20 Under 40 project for the second year in a row. The Business Monday feature also included quotes about leadership from Frances Aldrich Sevilla-Sacasa, the School's interim dean who noted "I see a future leader when I see a person who exhibits passion about achieving a vision and moving a cause forward and is intent on doing it ethically and responsibly."

In its search for the top South Florida emerging leaders, the *Herald* looked for those "working in any field — technology, law, nonprofit, medicine, education, entrepreneurship, tourism, real estate or any other field — whose innovative approaches, business acumen or community focus mark them as leaders." The nominees had to have high ethical standards and be influential in their own spheres, be it in their companies, their industries or communities, according to the search criteria published by the Herald.

In addition to the School of Business alumni who made this year's list, Tony Coley (BHS'97), city executive at BB&T, Stewart Davis (BS '00 and MD '00), CEO of DermaSensor, and Matthew McManus (AB '95, JD

'98), founder of Veritas Wealth Management, were named among the top 20.

Read the full report in *The Miami Herald*.

# EXHIBIT "B"

**Chen, Philip**

| | |
|---|---|
| **From:** | McCafferty-Cepero, Jennifer |
| **Sent:** | Tuesday, January 08, 2013 5:01 PM |
| **To:** | Cote, Richard |
| **Cc:** | Chen, Philip |
| **Subject:** | RE: Internal Audit |

Hi, Richard.

No baby yet - he will arrive tomorrow for sure - can't believe we made it to the scheduled
section date!

I have been instructed by the President, via the General Counsel, to transfer the MTI/OPO/IML
assessment with TMG to Internal Audit.  I do not have any details.

If you would like to talk, we can but I'm not sure I have much to offer.

My cell is 3054399250.

Best
Jennifer

From: Cote, Richard
Sent: Tuesday, January 08, 2013 10:57 AM
To: McCafferty-Cepero, Jennifer
Cc: Chen, Philip
Subject: RE: Internal Audit

Thanks Jennifer. I would be interested in speaking to you about this.

How are you? Is there a baby yet?

Richard J. Cote, M.D., FRCPath, FCAP
Professor and Joseph R. Coulter Jr. Chair, Department of Pathology Chief of Pathology,
Jackson Memorial Hospital Director, Dr. John T. Macdonald Foundation Biomedical
Nanotechnology Institute University of Miami Miller School of Medicine

The information contained in this transmission may contain privileged and confidential
information, including patient information protected by federal and state privacy laws. It is
intended only for the use of the person(s) named above. If you are not the intended
recipient, you are hereby notified that any review, dissemination, distribution, or
duplication of this communication is strictly prohibited. If you are not the intended
recipient, please contact the sender by reply email and destroy all copies of the original
message.

-----Original Message-----
From: McCafferty-Cepero, Jennifer
Sent: Monday, January 07, 2013 9:42 PM
To: Chen, Philip
Cc: Cote, Richard; Moloney, Michael J.
Subject: Internal Audit

1

Phil-

Happy new year - hope you had a nice holiday.

I wanted to advise you that as of December 21 Internal Audit is managing/directing the
MTI/OPO/IML assessment with TMG.  Please direct any questions or follow up to Mike Moloney,
copied here.

Best-
Jennifer

# EXHIBIT "C"

**Yelen, Josh**

| | |
|---|---|
| **From:** | Cote, Richard |
| **Sent:** | Tuesday, November 13, 2012 2:18 PM |
| **To:** | Chen, Philip; Yelen, Josh |
| **Subject:** | meeting with TMG |

I met with the TMG, the group consulting on the Transplant Program (MTI), at Jennifer McCafferty's request. Very interesting. Remind me to tell you about it. I think they are in shock.

I pointed out Ruiz is not CP, and the majority of testing is CP.

I gave a history of how pathology services were dispersed among 20 labs outside of the Department, and that we had nearly completed the consolidation, which had been indicated to me as a top priority, and how IML developed in the absence of strong pathology leadership. It was previously HLA, but when Ruiz took over, he expanded to routine pathology, which now represents a majority of the business. I went through the issues with the tissue biopsies about a year ago, and that we were not prepared to do the biopsies without Ruiz, but now we are. In response to a direct question, I stated that we could take over IML today, with or without Ruiz (sorry Phil C., but since it won't happen, you don't have to worry yet).

They did come back several times as to whether it would be worthwhile to leave HLA separate and in surgery. I said of course possible, but what is the point. I pointed out we had recruited the director of the U of Wis HLA lab; this had a major impact.

In response to direct question, I stated that we did have a role for Ruiz if he was willing to cooperate, and told them that as of last week, I had offered Ruiz the Chief of the Pathology transplant Service, despite his prior behavior.

They asked, knowing the answer, what the surgeons would think about pathology taking over IML. I said that they will categorically state that it will be the ruination of the MTI. That they would state only Ruiz can do the work. I pointed out that we have ample evidence that while Ruiz may be adequate for some issues, but there is clear evidence of room for enormous improvement. They understand this to be a financial issue. They recognize the need for turnaround, and I indicated we understood, and our goal was not to produce the same, but a better service.

I noted that they was direct evidence of compliance issues, but did not want in this forum to further discuss them, and that I knew this would constitute the second phase of their work. I indicated that Pathology would be at their service, particularly Chen. I noted that when IML was brought in to Pathology, there would likely be decreased revenues, based on better, evidenced based protocols, and that the protocols would be driven by the clinicians.

-----Original Appointment-----
**From:** Ransford, Daru
**Sent:** Thursday, November 08, 2012 2:07 PM
**To:** Ransford, Daru; Cote, Richard; Christine Marshall (christinemarshall@transplantmanagement.com); Malinowski, Patricia
**Cc:** McCafferty-Cepero, Jennifer
**Subject:** Dr. Richard Cote w/TMG Consultants
**When:** Thursday, November 08, 2012 4:00 PM-5:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** CRB 3rd Floor Executive Suite


Dr. Cote –

Dr. McCafferty thought it may be helpful for you to have a little bit of time with the TMG consultants while they are here.  Just so you have the background on who they are, below are their bios:

**Tracy Giacoma, MBA, MS, RN, FACHE**

1

# EXHIBIT "D"

5a Transplant Support

*(handwritten)* AOA payment schedule (payment from TMH to um for SVCS rendered)

JMH AOA METHODOLOGY / JMH Proposal FY 2013 AOA Model v 1
5.b. Transplant Services

| Cost Category | Description | 2013 Detail |
|---|---|---|
| Pre-Evaluation, Non Lab | JMH faculty costs to work up patients billed at 100% of Medicare - UVHSG bills professional component and UMHC bills technical component. | $700,000 |
| JMH, Routine | Routine laboratory tests that are performed at JM UHL - billed with CPT codes and paid at Medicare rates. | $1,750,000 |
| JMH, Immunohistocompatibility | The UHL tests that must be conducted by an independent and authorized JMH laboratory. One rates are developed through Medicare cost report. | $3,731,751 |
| Brevard Transplant | UM Network services | $3,546 |
| Histology | Histology tests that must be conducted by an independent and authorized Histology laboratory. Costs are based on fee for service order. | $6,056,847 |
| Organ Acquisition | Charges for organs including surgeon, admin, and transport costs. Organ costs are based on Medicare cost report approved charges. | $8,167,133 |

Total Non-Labor Budgeted: $20,409,277

Additional $1,3504 of paid through programmatic per agreement when JHL reimbursement or routine labs was corrected from full charges (retail) to Medicare allowable.

Total Non-Labor: $20,409,277

| Funded FTEs Division | Position | Funding Description | Notes |
|---|---|---|---|
| Transplant | Anderson/Devol, Evbst | $22,601 Boykebben, VAD | Invoiced to transplant clinic (Dr. Diem) |
| Transplant | Engond, Leche | $111,251 RN | Invoiced to transplant clinic |
| Transplant | Heres, Joseph (replace Richard Garcia | $41,093 JT | Invoiced to transplant clinic |
| Transplant | Martinez, Elizabeth (replace Justice Wil | $30,000 Designation | Invoiced to transplant clinic |
| Transplant | Inci Cher Dav | $62,807 ANMSA Heart Transplant | Invoiced to transplant clinic |
| Transplant | Ocean, Jose | $118,599 RN | Invoiced to transplant clinic |
| Transplant | Boone, Para | $117,117 RN, Kidney | Invoiced to transplant clinic |
| Transplant | Walsh, Sheka | $55,521 Medical secretary | Invoiced to transplant clinic |
| Transplant | Sides, Potovch | $30,221 | Invoiced to transplant clinic |
| Transplant | Hana, Orlando Vences | $58,469 Medical records | Invoiced to transplant clinic |
| Transplant | Vicente Lawrence | $59,950 Docot clerk | Invoiced to transplant clinic |
| Transplant | Innes Dorothea | $26,876 JT | Invoiced to transplant clinic |
| Transplant | Peggy Dockers | $110,560 Transplant Director | Invoiced to T&S share cost of Trans Dir, total including salary $140,000 (salary), $30,000 bonus, and CFB for a total of $236,440 (see transplant admin 7.16.05.pdf) |
| Transplant | Rozanna Lam | $15,120 Transplant Administrator | 5/20/09 - JMH will support cost of Trans Administrator $10,000 plus $3,320 GFB (see transplant admin 7.16.05.pdf) |
| Transplant | TBA | $13,320 Manager II | 5/20/09 - JMH will support cost of Trans Administrator $10,000 plus $3,320 GFB (see transplant admin 7.16.05.pdf) |

| | |
|---|---|
| Transplant | $136,757 |
| Total Labor Payments | $1,020,000 |

| | |
|---|---|
| Total Transplant Payments | $21,429,277 |

Information contained in this AOA methodology worksheet includes the amount agreed upon by the parties in support of the total amount and the Transition Payments. However, the parties are subject to any reconciling reviewing service levels and extent that the amount and services contained in these worksheets may be modified through Amendment on or before December 1, 2012.

# EXHIBIT "E"

**Yelen, Josh**

| | |
|---|---|
| **From:** | Chen, Philip |
| **Sent:** | Wednesday, May 22, 2013 4:11 AM |
| **To:** | Yelen, Josh |
| **Subject:** | Josh, can you please send this to Jennifer? |

Sent from my iPad

Begin forwarded message:

> **From:** "McCafferty-Cepero, Jennifer" <JMcCafferty@med.miami.edu>
> **Date:** May 17, 2013 4:46:13 PM EDT
> **To:** "Chen, Philip" <PChen@med.miami.edu>
> **Subject: RE: Dr. Ruiz's payments**
>
> Can you please send the patient list?
>
>
>
> Thanks
>
> Jennifer
>
>
>
> Jennifer McCafferty, PhD, CHC, CHPC, CHRC
> **Chief Medical Compliance Officer**
>
>
>
> 305.243.6129 Office
>
> 305.439.9250 Cellular
> jmccafferty@med.miami.edu



*The information contained in this transmission may contain privileged and confidential information,*
*including patient information protected by federal and state privacy laws.  It is intended only for the use of*

1

*the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

**From:** Chen, Philip
**Sent:** Friday, May 17, 2013 1:56 PM
**To:** McCafferty-Cepero, Jennifer
**Subject:** FW: Dr. Ruiz's payments

Jennifer,

As discussed.

Phil

**From:** Yelen, Josh
**Sent:** Friday, May 17, 2013 1:49 PM
**To:** Chen, Philip
**Subject:** FW: Dr. Ruiz's payments

My note to Blanca

**From:** Malagon, Blanca Aurora [mailto:bmalagon@miami.edu]
**Sent:** Monday, May 13, 2013 5:41 PM
**To:** Yelen, Joshua A.
**Subject:** RE: Dr. Ruiz's payments

Thank you

**From:** Yelen, Josh [mailto:JYelen@med.miami.edu]
**Sent:** Monday, May 13, 2013 3:52 PM
**To:** Malagon, Blanca Aurora
**Subject:** RE: Dr. Ruiz's payments

Blanca, as discussed, see the attached list of 300 of the 543 patients.  Please let me know if you need anything else.

Thank you,

Josh

---

**From:** Malagon, Blanca Aurora [mailto:bmalagon@miami.edu]
**Sent:** Monday, May 06, 2013 12:34 PM
**To:** Yelen, Joshua A.
**Subject:** Re: Dr. Ruiz's payments

Josh, can you send me the list of patients

Sent from my HTC Inspire™ 4G on AT&T

----- Reply message -----
From: "Yelen, Josh" <JYelen@med.miami.edu>
To: "Malagon, Blanca Aurora" <bmalagon@miami.edu>
Cc: "Moloney, Michael J." <mmoloney@miami.edu>
Subject: Dr. Ruiz&apos;s payments
Date: Thu, May 2, 2013 9:13 am

Dear Blanca, I hesitate to send you this email for potential fear of retribution but hope it will be kept in confidence while furthering your due diligence investigative processes. It is in line with the current IML investigation, of which Dr. Cote and Dr. Chen have participated and cooperated. In the case below (see email correspondence), Dr. Ruiz used Pathology's IT system to bill for professional pathology services and the associated charges were submitted by Pathology (through Pathology's Tax ID) with the collections to be later transferred to surgery. The charges through our IT system suddenly stopped in July 2013, when the Pathology TC grandfather clause ended (http://www.acla.com/sites/default/files/FAQ%20re%20changes%20to%20Grandfather%20Provision_1%20 0(2).pdf). We were concerned of double billing for the cases in which we (Pathology) were reimbursed and asked for backup documentation from Surgery that was never provided. Once I made my inquiry of Rafic, Dr. Livingstone, who is my boss and my bosses' boss (in his role as CEO of UMMG), approached Dr. Cote and *"asked"* for the money to be transferred. Despite my hesitation, I felt forced to transfer the money with great unease as now should double billing be found, my team and I are corroborating in any unkosher billing practices. We have the list of patients mentioned in the below correspondences and at your instruction, can furnish immediately.

Please let me know if you have any other questions.

Thanks,

Josh

---

3

**From:** "Warwar, Rafic" <RWarwar@med.miami.edu>
**Date:** February 27, 2013, 2:29:29 PM EST
**To:** "Yelen, Josh" <JYelen@med.miami.edu>
**Subject: Re: Dr. Ruiz's payments**

Thanks Josh.

Rafic

---

**From:** Yelen, Josh
**To:** Warwar, Rafic
**Sent:** Tue Feb 26 18:08:52 2013
**Subject:** FW: Dr. Ruiz's payments

Dear Rafic: Dr. Livingstone approached Dr. Cote and asked Dr. Cote to assist with a quick resolution to these funds transfer and as such, Pathology will transfer $34,902.52 from our plant account to surgery's plant account to cover FY11 and FY12 collections (total collections minus a 10% billing and administrative fee) and $822.55 to one of Surgery's operating accounts for FY13 collections (total collections minus a 10% billing and administrative fee).  A spreadsheet of the collections is attached.  I'll ask my accounting team to work with yours to finalize.

Thanks,

Josh

---

**From:** Livingstone, Alan
**Sent:** Friday, February 08, 2013 7:45 AM
**To:** Yelen, Josh; Warwar, Rafic
**Cc:** Cote, Richard
**Subject:** RE: Dr. Ruiz's payments


Josh/Rafic,


Dr. Cote and I discussed this yesterday afternoon, and have agreed to quickly resolve this and to transfer the funds. Thank you.


ASL

4

**From:** Yelen, Josh
**Sent:** Wednesday, February 06, 2013 9:48 PM
**To:** Warwar, Rafic
**Cc:** Livingstone, Alan; Cote, Richard
**Subject:** Re: Dr. Ruiz's payments

Dear Rafic: In no place did I mention compliance "issues"; my request was simply to answer benign background questions related to these charges. These charges were submitted through the Department of Pathology's Tax ID and as such, the Department is responsible for all regulatory standards and billing processes associated with them. Furthermore, in this manner, they were not submitted by our faculty member nor under our clinical, administrative or IT governance structure. We need to understand the nature of the charges, to ensure that there was no double billing under the TC grandfather clause (which no UM lab falls under), and once we are assured that the appropriate billing processes occurred, we have no problems transferring the associated funds. I would only expect the same inquiry from you if I had a surgeon in Pathology billing through surgery who had no clinical governance or administrative oversight from your department.

Thanks so much for your help navigating this process.


Josh




On Feb 6, 2013, at 4:09 PM, "Warwar, Rafic" <RWarwar@med.miami.edu> wrote:


Josh,

Really? Compliance issues? Thank you. You've answered my question. I appreciate your support.

RSW



**From:** Yelen, Josh
**To:** Warwar, Rafic
**Sent:** Wed Feb 06 16:01:50 2013
**Subject:** RE: Dr. Ruiz's payments

Hi Rafic, I looked into these payments and there are a few billing compliance related questions that will help us best determine how to proceed.  I greatly appreciate your help in getting the information for the following questions.

- The charges in Sunquest stopped in July 2012.  What was the reason for the stoppage?

- What are the patient types (e.g., JMH or UM patients, I/P vs. O/P vs. transplant bundle)?

- What services were rendered?

- Who provided the technical component?

- Who billed the corresponding TC on these professional charges?

Dr. Chen and I are more than happy to meet with you and Dr. Ruiz to discuss in person.

As a side note, my office has been trying to setup a meeting with Nicole and Dr. Ruiz for months to discuss IML pricing for testing performed at UMHC and UMH  and my assistant keeps telling me she is getting put off when trying to schedule.  IML has a quite a bit of A/R from this book of business and I'm surprised they haven't jumped on this meeting sooner. Can you please speak with Nicole or Dr. Ruiz to see what the hold-up is?

Thanks,

Josh

---

**From:** Warwar, Rafic
**Sent:** Tuesday, February 05, 2013 9:21 AM
**To:** Yelen, Josh
**Subject:** Re: Dr. Ruiz's payments

Josh,

Can you please provide an update?

Thanks,

Rafic

---

**From:** Yelen, Josh
**To:** Warwar, Rafic
**Sent:** Thu Jan 24 12:57:43 2013
**Subject:** RE: Dr. Ruiz's payments

You gotta love the street.  Some of the things I'm hearing are pretty jaw dropping and hopefully just rumor and not true.

---

**From:** Warwar, Rafic
**Sent:** Thursday, January 24, 2013 12:13 PM
**To:** Yelen, Josh
**Subject:** RE: Dr. Ruiz's payments


Thanks....I thought there must be a misunderstanding as word on the street is that you've instructed your folks not to make the transfer.

---

**From:** Yelen, Josh
**Sent:** Thursday, January 24, 2013 9:27 AM
**To:** Warwar, Rafic
**Cc:** 'Stout, Steven'
**Subject:** RE: Dr. Ruiz's payments


Rafic,

I will look into it.

Thanks.

Josh

---

**From:** Warwar, Rafic
**Sent:** Wednesday, January 23, 2013 4:34 PM
**To:** Yelen, Josh
**Cc:** 'Stout, Steven'
**Subject:** FW: Dr. Ruiz's payments

Josh,

Can you please assist with this.

Thanks,

Rafic

---

**From:** Kodama, Saori
**Sent:** Wednesday, January 23, 2013 3:44 PM
**To:** Warwar, Rafic
**Cc:** Wong, Edmund
**Subject:** FW: Dr. Ruiz's payments

Rafic,

I have been contacting Pathology to transfer Dr. Ruiz's payments that went to Pathology. It has not been successful as you can see with the e-mail chain below. Dr. Ruiz moved his role to Surgery on 2/16/2011 from Pathology, however, his charges were still billed under Pathology Bill Area and the money was automatically routed to Pathology's account. This was fixed going forward sometime in September 2011, but the historical monies that were received still remained in Pathology. Could you kindly please send an e-mail to Mr. Josh Yelen on this matter so that we can move forward with the process.

Please let me know if you have any questions.

Thank you.

Saori

---

**From:** Kodama, Saori
**Sent:** Thursday, January 17, 2013 9:12 AM
**To:** Ferrer, Aristides; Clancy, Mary E

8

**Cc:** Davis, Vanesa; Wong, Edmund
**Subject:** RE: Dr. Ruiz's payments

Hi Ari & Mary,

I am following up on Dr. Ruiz's payment that needs to be transferred from Pathology. Attached is the letter that indicated the date that Dr. Ruiz moved his role to Surgery. As I recall correctly, the only factor that was holding us to get the data was the date that Dr. Ruiz moved to Surgery. Please let us know if you need anything else in our end.

Thank you very much.

Saori Kodama

DeWitt Daughtry Family Department of Surgery

Leonard M. Miller School of Medicine * University of Miami

Office:  305.243.6723 * Facsimile:  305.243.3345

Email: skodama@med.miami.edu

To learn more about the Department of Surgery please visit: http://surgery.med.miami.edu

---

**From:** Kodama, Saori
**Sent:** Friday, June 29, 2012 9:58 AM
**To:** Ferrer, Aristides
**Cc:** Clancy, Mary E
**Subject:** RE: Dr. Ruiz's payments

Hi Ari,

I am just following up on the e-mail below. Please kindly let me know your response.

Thank you.

Saori

---

**From:** Kodama, Saori
**Sent:** Monday, June 25, 2012 3:12 PM
**To:** Ferrer, Aristides
**Cc:** Clancy, Mary E
**Subject:** RE: Dr. Ruiz's payments

Hi Ari,

Dr. Ruiz's secretary told me the date should be February 11, 2011. Does this sound about right? Please let me know.

Thank you.

Saori

---

**From:** Ferrer, Aristides
**Sent:** Thursday, June 21, 2012 4:27 PM
**To:** Kodama, Saori; Clancy, Mary E
**Subject:** RE: Dr. Ruiz's payments

Hi Saori:

I agree

Aris.

---

**From:** Kodama, Saori
**Sent:** Thursday, June 21, 2012 4:25 PM

10

**To:** Ferrer, Aristides; Clancy, Mary E
**Subject:** Dr. Ruiz's payments

Hi Ari and Mary,

Unfortunately, I still have not gotten the confirmation on the date that Dr. Ruiz stopped working for Department of Pathology. I will have a meeting with him tomorrow morning, so I will directly ask him on this. Since FY12 preliminary closing is tomorrow (by noon), I think that it would be best we move the money in FY13. What do you think? Please let me know.

Thank you very much.

Saori Kodama

DeWitt Daughtry Family Department of Surgery

Leonard M. Miller School of Medicine * University of Miami

Office:  305.243.6723 * Facsimile:  305.243.3345

Email: skodama@med.miami.edu

To learn more about the Department of Surgery please visit: http://surgery.med.miami.edu

11

# EXHIBIT "F"

| ...TIME | TRANSCRIBED BY @ TIME | *POST KIDNEY OR KIDNEY-PANCREAS TRANSPLANT* |
|---|---|---|
| | | DO NOT USE: U, u, IU, MS, MSO₄, 1.0 (trailing zero), .5, QD, QOD, MgSO₄ |
| | | INSTEAD USE: Unit, Morphine, 1, 0.5 (leading zero), Daily, Every other day, Magnesium |

**LAB:**
**DAILY IN AM:**
- a. CBC with differential
- b. Basic metabolic panel, magnesium , and phosphorous
- c. Serum amylase and lipase (if pancreas recipient)
- d. 12 hour urine collection (1800 – 0600, keep on ice) if pancreas recipient
- e. Random urine collection for protein and creatinine daily for 3 days
- f. Quantitative PCR for CMV, EBV, and BK virus daily for 3 days
- g. If patient receiving tacrolimus / cyclosporine / sirolimus / everolimus, trough level (1 purple top tube & 1 red top tube) at 0600 to IML lab.

**EVERY MONDAY AND THURSDAY (in addition to daily labs):**
- a. Comprehensive metabolic profile
- b. Cell Surface Enumeration Panel (2 lavender top tubes) to IML lab
- c. Cytokine level (1 tiger top tube) to IML lab

**MEDICATIONS:**
18. Intravenous fluids:_____@_____mL/hour
19. Tacrolimus _____mg by mouth at 1900 on (date) _____
    Tacrolimus _____mg by mouth at 0700 on (date) _____
20. Sirolimus _____mg by mouth daily at 0700
21. Mycophenolate Mofetil (CellCept) _____mg by mouth at 0700 and 1900 every day
22. Mycophenolate Sodium (Myfortic) _____mg by mouth at 0700 and 1900 every day
23. Everolimus _____mg by mouth daily at 0700
24. Methylprednisolone _____mg by mouth at 0700 daily
25. Sulfamethoxazole/trimephoprim one tablet by mouth every Monday, Wednesday, and Friday
26. Additional medications:

Physician Signature and ID #                    Contact # / Date

𝕌 University of Miami Hospital

1400 NW 12ᵗʰ Avenue,
Miami, FL 33136

Post Kidney and Kidney-Pancreas
Transplant / Admission to Floor

Revised
10/11

Page 2 of 2

# EXHIBIT "G"

Begin forwarded message:

**From: Ramiro Fernandez <ramiroum@hotmail.com>**
**Date: August 31, 2011 6:57:24 AM EDT**
**To: Ramiro Fernandez <ramiroum@gmail.com>**
**Subject: FW: Mexican standoff**

From: ramiroum@hotmail.com
To: warwarr@aol.com
Subject: RE: Mexican standoff
Date: Wed, 15 Jun 2011 09:30:08 -0400

ok

Subject: Re: Mexican standoff
To: ramiroum@hotmail.com
From: warwarr@aol.com
Date: Wed, 15 Jun 2011 13:27:35 +0000

Ramiro,

At the end of the day, Dr Livingstone is not only the Chairman but also MTI director. We all met with Dr Burke and he promised to get back to us after meeting with Roth....and he hasn't. Dr Livingstone sent him several emails and he has not responded (to my knowledge). Ruiz also sent him emails.

I suggest you personally try to find Burke so we can determine where we are. As a program, I think we put ourselves at risk by having multiple standards of care.

I am out of town but willing to have a teleconf with you, Nicole, and Phil.

From: Ramiro Fernandez <ramiroum@hotmail.com>
Date: Wed, 15 Jun 2011 09:21:59 -0400
To: <warwarr@aol.com>
Subject: Mexican standoff

Please take a look at Ruiz email to Alan yesterday regarding changing testing protocols.
I cannot go against a decision made by Alan nor legally prevent Phil from having the lab execute a order,
so here is my reasoning so you can evaluate pros & cons with Alan
I think this will generate another Mexican standoff,
where Roth & Kupin will not sign orders containing the immunology tests being questioned.
consequently we will not be able to bill for their patients,
That may ultimately result in not accepting their patients
what may end on either they sending their patients to other lab
or the Program director reassigning their patients to another physician
with the possible complain from them to medicine claiming the reason for their replacement are monetary and not clinical
with the consequent implication of medicare fraud by over testing
which could very well result in the transplant program being switched under Riser and the labs under Cote...
all scenarios are bad
I would rather recommend talk for an agreement
and in the event consensus cannot be obtained,

then just respect doctor specific orders

That way we could still criticize Roth & Kupin for not being proactive in testing the patients to detect impending rejection episodes early.

and ultimately, their statistics will be there to show their patient's graft survival rate being worst than those other physicians who actually actively look for rejection episodes and are able to stop the process before it has clinical manifestation / consequences.

Dead line to stop the changes made yesterday will be tomorrow at 7 a.m.

in addition there is the issue of notifying Roth that his orders that he placed in the patient orders system have been modified...

=

# EXHIBIT "H"

**Chen, Philip**

| | |
|---|---|
| **From:** | Yelen, Josh |
| **Sent:** | Monday, August 13, 2012 8:34 AM |
| **To:** | Chen, Philip |
| **Subject:** | FW: Proposed order forms for UMH post-transplant clinic |

**From:** Chen, Philip
**Sent:** Friday, November 25, 2011 10:41 AM
**To:** Yelen, Josh; O'Toole, Maryann; 'Clay.Brown@HCAhealthcare.com'; 'Michael.Gayle@hcahealthcare.com'
**Subject:** FW: Proposed order forms for UMH post-transplant clinic

FYI

**From:** Chen, Philip
**Sent:** Friday, November 25, 2011 10:33 AM
**To:** Johnson, Nancy (UMH)
**Cc:** Sodeman, Thomas; Andrews, David; Steele, Bernard; Cote, Richard; Zuleta, Jessica; Couriel, Ana; Degina, Anthony; Zambrana, David; Chulick, Michele; Cleary, Timothy; Faugeras, Alexandra
**Subject:** Proposed order forms for UMH post-transplant clinic

Dear Nancy,

It was a pleasure talking to you last week regarding the various laboratory order forms submitted from the planned post-transplant clinic at UMH. As a follow up, please find the summary of the issues and to-do's below so we can ensure that the services would be ready for the anticipated opening in January.

1. Unspecified tests – These "test/panel" names do not contain the specificities for the laboratory to know which tests to order or perform. Should any of the tests are not currently routinely used at UMH, we need to build and validate the test master files in the Meditech system, which are labor-intensive and time-consuming processes that must be addressed ASAP. They include Cell Surface Enumeration Panel, Cylex, Luminex Assay, Cytokine Levels, platelet function assay, bleeding assay, 12-hour urine collection (for what test, amylase? Others? Will the analyte-to-creatinine-ratio be used?) We understand that you are in the process to obtain the specific information so Dr. Sodeman and his designees can review with the lab and implement as appropriate.

2. Appropriateness of standing order sets – in our preliminary reviews we have identified certain standing orders appear to be unusual. We need to evaluate the evidence-based practice guidelines and standards to ensure compliance. These include Quantitative PCR for CMV, EBV and BK virus *daily for 3 days, Every Monday and Thursday* CMP, Cell Surface Enumeration Panel, Cytokine level (why are they scheduled as specific days of the week rather than based on patient presentation/condition?)

3. Selection of reference laboratories – There are a number of tests on the order sheets being designated to go to IML. In accordance to The Joint Commission, CLIA and CAP, the CLIA laboratory director (Dr. Sodeman) bears the responsibility and authority, in collaboration and consultation with end user physicians and hospital administration, to select the reference laboratory and to ensure the quality of the tests these laboratories perform. Current selection criteria include CAP accreditation led by a pathologist certified by appropriate boards (which IML does not meet either). Should these criteria are not met and a particular laboratory is the sole source that can provide the level of service the UMH patients need, the CLIA laboratory director must review Quality Management program, Proficiency Testing records, and other laboratory operation procedures to ensure the minimal quality standards are met. Within the last year there were a number of quality complaints and concerns on the medical campus prompted UMH lab to cease using IML as a reference lab. While we understand that for certain testing services IML may be the aforementioned "sole source" lab, we will need to work with IML and its

1

laboratory director to re-establish the reference lab relationship after satisfactory and sign-off of the mandated reviews.

As discussed, after receiving the clarifications from you for item #1 above and internal review by Dr. Sodeman and his designees for relevant specialties, we will schedule a meeting with the physicians at the post-transplant clinic with Dr. Sodeman's team to discuss #2 and 3 (Alexandra from my office can help facilitate scheduling. Her number is 6-5422.) We will also reach out to IML and Dr. Ruiz to further discuss #3 after this meeting. THANK YOU.

Best regards,
Phil

Philip Chen, MD, PhD
Professor and Director of Informatics
Department of Pathology
Jackson Memorial Hospital and
University of Miami Miller School of Medicine

Medical Director
University of Miami Hospital and Clinics Clinical Laboratories

Clinical research Building (R-5)
1120 NW 14th St., Suite 1424
Miami, FL 33136
305-243-2829

# EXHIBIT "I"

**Yelen, Josh**

| | |
|---|---|
| **From:** | Cote, Richard |
| **Sent:** | Wednesday, January 11, 2012 2:18 PM |
| **To:** | Sodeman, Thomas; Chen, Philip; Yelen, Josh |
| **Subject:** | FW: Dr. Phil Chen |

Do not forward!!!

Sent to Donelan for discussion tomorrow

**Richard J. Cote, M.D., FRCPath**
**Professor and Chair, Department of Pathology**
**Director, Biomedical Nanoscience Institute**
**University of Miami Miller School of Medicine**

*The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Cote, Richard
**Sent:** Wednesday, January 11, 2012 2:09 PM
**To:** Livingstone, Alan
**Cc:** Goldschmidt, Pascal (Dean - School of Medicine); Lubarsky, David; Shaw, Ted; Shaw, Ted
**Subject:** RE: Dr. Phil Chen

Alan, I understand the context, and knew meetings were arranged. I was not at this meeting, and am sorry it went poorly. I will follow up with Phil, and also JMH, and of course with you.

**Richard J. Cote, M.D., FRCPath**
**Professor and Chair, Department of Pathology**
**Director, Biomedical Nanoscience Institute**
**University of Miami Miller School of Medicine**

*The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Livingstone, Alan
**Sent:** Wednesday, January 11, 2012 1:59 PM
**To:** Cote, Richard
**Cc:** Goldschmidt, Pascal (Dean - School of Medicine); Lubarsky, David; Shaw, Ted; Shaw, Ted
**Subject:** Dr. Phil Chen
**Importance:** High

Richard,

1

Over my 35 years at the University of Miami, I have attended a lot of unproductive, even unusual meetings, but yesterday at 3 PM, I attended one that both disturbed and surprised me. The meeting was called by Alex Contreras, the JMH CAO, and I was not notified of an agenda other than "Transplant Labs". I had previously been forewarned by Bill Donelan and the Dean that JMH was looking at potential savings from the Labs and I expected to go over the history, status, and benefit that the Labs have provided to JMH.   Alex opened the meeting by essentially stating, "Dr. Livingstone, we believe we have an opportunity to recapture about 80% of the pre-transplant labs performed in the UM IML and I have invited Phil Chen to validate what I am saying".

So, let me paint the picture.  On one side of the table are the UM reps (Rafic and myself) without an agenda, forewarning, or an opportunity to prepare.  On the other side of the table, are the Jackson reps (Alex Contreras, Phil Chen, and Leyda Napoles).

Phil Chen goes on to explain his laboratory leadership role at JMH and that <u>he is paid by JMH</u> as the lab director, and that he believes he (JMH) has the capacity and capability to provide 80% of what is done in the  UM pre-transplant labs.  I am puzzled why a UM faculty member would propose to take $2.5M in revenues from UM without understanding the ramifications or even the financial implications this could have on Jackson's Medicare Cost Report.  Even JMH doesn't quite understand the impact it might have on their cost report - fortunately we do have the expertise to help educate them.

Is Dr. Chen unaware of our current financial crisis and the Dean's desire to improve revenues and margin?

JMH's desire to grow their margin is understandable to me, but I have additional responsibilities to protect/defend/grow our University's revenues along with our premier Centers of Excellence.  What is disconcerting from my perspective is that one of our own faculty is either proposing or advocating the elimination of approximately $2.5M from the University's revenue stream without even having the courtesy of talking to me. It became quite clear that neither he nor Mr. Contreras had any idea of the historical context within which this relationship evolved, or the collateral damage changes could produce.

Can you imagine if the Dean was invited to a meeting with the JMH leadership- without an agenda- and a UM Chair was sitting on the JMH side of the table and was introduced as the JMH Chief of Service who was there to validate to the Dean that JMH has capacity,  and that we should take revenues/patients out of UMH and move them to JMH?

I know that Dr. Chen is fairly new and that he may just be naïve and not have the "big picture" concerning our campus. However, I am reaching out to you as a colleague so we can figure out a way to proactively work through and manage these issues.  Common sense and collegiality would have dictated that at a minimum, he should have given you a heads-up so you could have warned me and/or come directly to me.

Alan

# EXHIBIT "J"

## Yelen, Josh

| | |
|---|---|
| **From:** | Cote, Richard |
| **Sent:** | Tuesday, September 24, 2013 6:37 PM |
| **To:** | Chen, Philip; Yelen, Josh; Rosenberg, Andrew |
| **Subject:** | Fwd: IML |

Richard J. Cote, M.D., FRCPath, FCAP
Professor and Joseph R. Coulter Jr. Chair, Department of Pathology
Professor, Department of Biochemistry and Molecular Biology
Chief of Pathology, Jackson Memorial Hospital
Director, Dr. John T. Macdonald Foundation Biomedical Nanotechnology Institute
University of Miami Miller School of Medicine

Sent from my iPhone

Begin forwarded message:

> **From:** "Natoli, Joe" <jnatoli@miami.edu>
> **Date:** September 24, 2013 at 5:29:20 PM EDT
> **To:** "Cote, Richard" <RCote@med.miami.edu>
> **Cc:** "Goldschmidt, Pascal J." <pgoldschmidt@miami.edu>
> **Subject: IML**
>
> Richard,
>
> I spent time today with Jackson's Don Steigman. He raised concerns about changes at the IML, basically saying, the surgeons are happy, why rock the boat? I explained the advantages of consolidation of systems, processes, etc.
>
> My takeaway is that we need to be very customer focused as we make changes. The surgeons believe that they receive high quality, timely service from the current operation. There may be different points of view, but that's their perception.
>
> I think the best strategy is to err on the side of customer service – to the MTI, Jackson, the surgeons. Get the standardization of systems and processes within Pathology that we need across the med school, but otherwise be as accommodating as possible to the customers. Build relationships with Rodrigo, Gaetano and the other folks at MTI. An important element of the success of this change will be the comfort level of the surgeons with folks in Pathology who are providing the service.
>
> The note summarizing your meeting with Alan hit all the right notes. This is an important opportunity to build relationships. Holler if I can help in any way. Happy to discuss in person at any time.
>
> Joe

1

# EXHIBIT "K"

Gmail - Migoya Natoli



Joshua Yelen <joshuayelen@gmail.com>

## Migoya Natoli

**joshuayelen@gmail.com** <joshuayelen@gmail.com>
To: Philip Chen <philipchen@aol.com>

Tue, Oct 8, 2013 at 10:53 AM

Phil, this email is to document that yesterday I spoke to David Seo who said he spoke to Natoli in the past few days who indicated that Migoya called Natoli to specifically tell him that if UM moved IML into Pathology, JMH would question whether UM was the right business partner for Jackson.  This was in follow up to the documented email from Natoli to cote recapping natoli's meeting with Steigman in which Steigman expressed his dissent to moving IML into Pathology.