**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24320-CIV-ALTONAGA

**UNITED STATES OF AMERICA,**
*ex rel.* **PHILLIP CHEN, MD, PhD,** *et al.***,**

Plaintiffs,

v.

**UNIVERSITY OF MIAMI,** *et al.,*

Defendants.
_____/

**FILED UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

FILED BY____NJC____D.C.
Oct 27, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF FILING

Pursuant to the Court's February 4, 2014 Sealed Order requiring the United States to file a status report with the Court, the United States hereby gives notice of filing of its Status Report filed in the related action, *U.S. ex. rel. Lord v. University of Miami*, Case No. 13-22500-CIV-ALTONAGA on October 26, 2020.[1]

---

[1] Because the status report contains information that is subject to a seal pursuant to 31 U.S.C. § 3730(b)(2) and information that has not yet been disclosed to the Relators in this matter, the United States is filing this status report *in camera* and is not serving a copy on the Relators.

Dated: October 26, 2020

Respectfully Submitted,

JEFFREY BOSSERT CLARK
ACTING ASSISTANT ATTORNEY GENERAL

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

____s/ Jessica R. Sievert_____
JESSICA R. SIEVERT
Fla. Bar. No. 55839
ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: 305.961.9335
E-mail:  Jessica.Sievert@usdoj.gov


JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
JEFFREY A. MCSORLEY
Attorneys, U.S. Department of Justice
Civil Division
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-1292
E-mail: jeffrey.a.mcsorley@usdoj.gov


*Counsel for the United States*